**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of BOMBARD ELECTRIC, LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>JE DUNN CONSTRUCTION COMPANY, a Missouri corporation; SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation; HARTFORD FIRE INSURANCE COMPANY, a surety; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a surety; FEDERAL INSURANCE COMPANY, a surety; PACIFIC INDEMNITY COMPANY, a surety; and DOES 1 through 10; ROE ENTITIES 1 through 20, inclusive,<br><br>　　　　Defendants | Case No.: 2:20-cv-01200-APG-VCF<br><br>**Order Granting Motion to Intervene**<br><br>[ECF No. 5] |

　　The Sherwin-Williams Company moved to intervene in this action. ECF No. 5. No one has opposed the motion and there is good cause to grant it.

　　I THEREFORE ORDER that the motion to intervene **(ECF No. 5) is GRANTED**. Sherwin-Williams shall file its Complaint-in-Intervention by August 14, 2020.

　　DATED this 3rd day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE