Erik J. Foley
Nevada Bar No. 14195
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: efoley@lrrc.com

*Attorneys for Defendant JE Dunn Construction*
*Company, Harford Fire Insurance Company,*
*Federal Insurance Company, and Travelers*
*Casualty and Surety Company of America*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BOMBARD ELECTRIC, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JE DUNN CONSTRUCTION COMPANY, a Missouri corporation; SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation; HARTFORD FIRE INSURANCE COMPANY, a surety; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a surety; FEDERAL INSURANCE COMPANY, a surety; PACIFIC INDEMNITY COMPANY, a surety; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01200-APG-VCF <br><br> Compl. Filed:   June 24, 2020 <br><br> **STIPULATION TO EXTEND CERTAIN DEFENDANTS' TIME TO RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

This Stipulation to Extend Certain Defendants' Time to Respond to Complaint is made by and between Plaintiff United States of America, for the use and benefit of Bombard Electric, LLC ("Plaintiff") and Defendants JE Dunn Construction Company, Harford Fire Insurance Company, Federal Insurance Company, and Travelers Casualty

and Surety Company of America ("Defendants") through their respective counsel, in light

of the following facts:

<u>RECITALS</u>

A.      Plaintiff filed the Complaint ("Complaint") on or about June 24, 2020.

B.      The current deadline for all defendants to respond to the Complaint is July 23, 2020.

C.      All defendants have been served.

D.      This stipulation is filed after the response deadline has passed as the result of excusable neglect.  Undersigned defense counsel anticipates representing all defendants in this matter with the exception of Defendant Sustainable Modular Management, Inc. The remaining five defendants are separate corporate entities, with principal places of business located across the United States.  To date, undersigned defense counsel has been able to enter into representation agreements will all of these defendants except Pacific Indemnity Company.  Counsel anticipates (though cannot be certain) that Pacific Indemnity Company will enter into a similar representation agreement.  This process has taken longer than anticipated; and it is likely that conditions resulting from the COVID-19 pandemic have contributed to this delay.

E.      To (1) allow time for defense counsel to formalize representation of Pacific Indemnity Company, (2) gather the facts necessary to analyze and respond to Plaintiff's claims, and (3) coordinate the responses of all five of these defendants so that these five defendants can provide a single response to Plaintiff's Complaint, the parties agreed that these defendants shall have until September 3, 2020, to respond to the Complaint.

F.      There is good cause to grant this stipulation because the extension avoids the necessity of filing multiple responses to the Complaint, and the associated costs.

G.      This stipulation is filed in good faith and not intended to cause delay.

H.      Pursuant to Local Rule IA 6-2, Plaintiff and Defendants respectfully request that the Court extend the time for Defendants', as well as Pacific Indemnity Company's, time to respond to Plaintiff's Complaint through September 3, 2020.

2

111388762.1

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1

## **STIPULATION**

2      NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree that the

3   following defendants have up to and including September 3, 2020, to file a response to

4   Plaintiff's Complaint: (1) JE Dunn Construction Company, (2) Hartford Fire Insurance

5   Company, (3) Travelers Casualty and Surety Company of America, (4) Federal Insurance

6   Company, and (5) Pacific Indemnity Company.

7

8      **IT IS SO STIPULATED.**

9   DATED this 4th day of August, 2020.          DATED this 4th day of August, 2020.

10  **WILLIAMS ▌ STARBUCK**                       **LEWIS ROCA ROTHGERBER**
                                                  **CHRISTIE LLP**
11

12  By:/s/Donald H. Williams_____          By: ___/s/ Erik J. Foley_____
    Donald H. Williams                          Erik J. Foley
13  Nevada Bar No. 5548                          Nevada Bar No. 14195
    Williams Starbuck                            3993 Howard Hughes Pkwy, Suite 600
14  612 South Tenth Street                       Las Vegas, NV 89169
    Las Vegas, NV  89101
15                                               *Attorneys for Defendants JE Dunn*
    *Attorneys for Plaintiff*                    *Construction Company, Hartford Fire*
16                                               *Insurance Company, and Travelers*
                                                 *Casualty and Surety Company*
17

18                                  ORDER

19                           IT IS SO ORDERED.

20                           _____

21                           United States Magistrate Judge

22                                   8-11-2020
                             DATED _____
23

24

25

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

111388762.1