1  Erik J. Foley
   Nevada Bar No. 14195
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
3  Las Vegas, NV 89169-5996
   Tel: (702) 949-8200
4  Email: efoley@lrrc.com

5  *Attorneys for Defendant JE Dunn Construction Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BOMBARD ELECTRIC, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>JE DUNN CONSTRUCTION COMPANY, a Missouri corporation; SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation; HARTFORD FIRE INSURANCE COMPANY, a surety; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a surety; FEDERAL INSURANCE COMPANY, a surety; PACIFIC INDEMNITY COMPANY, a surety; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>  Defendants. | Case No.: 2:20-cv-01200-APG-VCF<br><br>Compl. Filed:  June 24, 2020<br><br>**STIPULATION TO EXTEND CERTAIN DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

This Stipulation to Extend Certain Defendants' Time to Respond to Complaint is made by and between Plaintiff United States of America, for the use and benefit of Bombard Electric, LLC ("Plaintiff") and Defendants JE Dunn Construction Company, Harford Fire Insurance Company, Federal Insurance Company and Travelers Casualty and Surety Company of America ("Defendants") through their respective counsel, in light of the following facts:

111388762.1

## RECITALS

A.  Plaintiff filed the Complaint ("Complaint") on or about June 24, 2020.

B.  Pursuant to a Stipulation and Order, the current deadline for Defendants to respond to the Complaint is September 3, 2020.

C.  All defendants have been served.

D.  Multiple claims related to the same subject matter have been filed in both federal and Nevada courts. This stipulation seeks to align Defendants' response deadline for this Complaint with response deadlines in a related case. Moreover, the additional time will all Defendants time gather the facts necessary to analyze and respond to Plaintiff's claims, and to coordinate with counsel in the related cases regarding an efficient and coherent litigation approach.

E.  The parties have agreed that these Defendants shall have until September 24, 2020, to respond to the Complaint.

F.  There is good cause to grant this stipulation because the extension seeks to conserve judicial resources by developing a coherent approach to multiple related cases.

G.  This stipulation is filed in good faith and not intended to cause delay.

H.  Pursuant to Local Rule IA 6-2, Plaintiff and JE Dunn respectfully request that the Court extend the time for Defendants', as well as Pacific Indemnity Company's, time to respond to Plaintiff's Complaint through September 24, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

111388762.1

## STIPULATION

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree that the following defendants have up to and including September 24, 2020, to file a response to Plaintiff's Complaint: (1) JE Dunn Construction Company, (2) Hartford Fire Insurance Company, (3) Travelers Casualty and Surety Company of America, (4) Federal Insurance Company, and (5) Pacific Indemnity Company.

**IT IS SO STIPULATED.**

DATED this ___ day of August, 2020.

**WILLIAMS │ STARBUCK**

By: /s/ Donald H. Williams
Donald H. Williams
Nevada Bar No. 5548
Williams Starbuck
612 South Tenth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*

DATED this 31st day of August, 2020.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ Erik J. Foley
Erik J. Foley
Nevada Bar No. 14195
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

*Attorneys for Defendants JE Dunn Construction Company, Hartford Fire Insurance Company, and Travelers Casualty and Surety Company*

ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED 9-2-2020

3

111388762.1