MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
801 S. Rancho Dr., Ste. 360
Las Vegas, Nevada  89106
Telephone: (702) 474-9400
Facsimile:   (702) 474-9422
Email:  sm@morrislawgroup.com
Email:  rsr@morrislawgroup.com

HALLETT & PERRIN, P.C.
Michael S. Alfred *(will comply with LR-IA-11.2 within 45 days)*
1445 Ross Ave, Suite 2400
Dallas Texas 75202
Email: malfred@hallettperrin.com

*Attorneys for Defendant*
  SUSTAINABLE MODULAR MANAGEMENT, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BOMBARD ELECTRIC, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JE DUNN CONSTRUCTION COMPANY, a Missouri corporation; SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation; HARTFORD FIRE INSURANCE COMPANY, a surety; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a surety; FEDERAL INSURANCE COMPANY, a surety; PACIFIC INDEMNITY COMPANY, a surety;  DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01200-APG-VCF<br><br>Complaint Filed:  June 24, 2020<br><br>**STIPULATION TO EXTEND SUSTAINABLE MODULAR MANAGEMENT, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)[1]** |

---

[1] This the Third Request to extend response deadlines, but it is the first request as to Sustainable Modular Management, Inc.

1  This Stipulation to Extend Sustainable Modular Management,
2  Inc.'s Time to Respond to Complaint is made by and between Plaintiff United
3  States of America, for the use and benefit of Bombard Electric, LLC ("Plaintiff")
4  and Defendant Sustainable Modular Management, Inc. ("Defendant") through
5  its respective counsel, in light of the following facts:

6  <u>RECITALS</u>

7  A.  Plaintiff filed the Complaint ("Complaint") on or about June 24,
8  2020.

9  B.  By previous agreement with the Plaintiff, the current deadline for
10 Defendant to respond to the Complaint is September 3, 2020.

11 C.  All defendants have been served.

12 D.  Multiple claims related to the same subject matter have been filed
13 in both federal and Nevada courts.  This stipulation seeks to align Defendant's
14 response deadline for this Complaint with response deadlines in a related case.
15 Moreover, the additional time will allow Defendant time to gather the facts
16 necessary to analyze and respond to Plaintiff's claims, and to coordinate with
17 counsel in the related cases regarding an efficient and coherent litigation
18 approach.

19 E.  The parties have agreed that SMM shall have until September 24,
20 2020, to respond to the Complaint.

21 F.  There is good cause to grant this stipulation because the extension
22 seeks to conserve judicial resources by developing a coherent approach to
23 multiple related cases.

24 G.  This stipulation is filed in good faith and not intended to cause
25 delay.

26 H.  Pursuant to Local Rule IA 6-2, Plaintiff and SMM respectfully
27 request that the Court extend the time for Defendant to respond to Plaintiff's
28 Complaint through September 24, 2020.

## STIPULATION

NOW, THEREFORE, Plaintiff and SMM hereby stipulate and agree that SMM shall have up to and including September 24, 2020, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 2nd day of September, 2020.

**W**ILLIAMS ▎ STARBUCK

By:/s/DONALD H. WILLIAMS
Donald H. Williams
Nevada Bar No. 5548
Williams Starbuck
612 South Tenth Street
Las Vegas, NV  89101

*Attorneys for Plaintiff*

Joseph R. Ganley (5643)
Patricia Lee (8287)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jganley@hutchlegal.com
plee@hutchlegal.com

Attorneys for The Sherwin-Williams Company

DATED this 2nd day of September, 2020.

MORRIS LAW GROUP

By:  /s/ STEVE MORRIS
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
801 S. Rancho Dr., Ste B4
Las Vegas, Nevada  89101

HALLETT & PERRIN, P.C.
Michael S. Alfred (*will comply with LR-IA 11.2 within 45 days*)
1445 Ross Ave, Suite 2400
Dallas, Texas 75202
Email: malfred@hallettperrin.com

*Attorneys for Defendant SUSTAINABLE MODULAR MANAGEMENT, INC.*

ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED  9-3-2020

## CERTIFICATE OF SERVICE

3

Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS LAW GROUP, and that the following document was served via electronic service: **STIPULATION TO EXTEND SUSTAINABLE MODULAR MANAGEMENT, INC.'S TIME TO RESPOND TO COMPLAINT (THIRD REQUEST).**

TO:

| | |
|---|---|
| Donald H. Williams<br>Nevada Bar No. 5548<br>Williams Starbuck<br>612 South Tenth Street<br>Las Vegas, NV 89101<br>Tel: (702) 320-7755<br>Email: dwilliams@dhwlawlv.com<br><br>*Attorneys for Plaintiff*<br><br>Joseph R. Ganley (5643)<br>Patricia Lee (8287)<br>HUTCHISON & STEFFEN, PLLC<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>Tel: (702) 385-2500<br>Fax: (702) 385-2086<br>jganley@hutchlegal.com<br>plee@hutchlegal.com<br><br>*Attorneys for The Sherwin-Williams Company* | Robert Roos<br>Arizona Bar No. 009915<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>201 E. Washington Street, Suite 1200<br>Phoenix, AZ 85004<br>Tel: (602) 262-5311<br>Email: rroos@lrrc.com<br><br>Erik J. Foley<br>Nevada State Bar No. 14195<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Pkwy, Ste. 600<br>Las Vegas, Nevada 89169-5996<br>Tel: (702) 949-8200<br>Email: efoley@lrrc.com<br><br>*Attorneys for Defendants,*<br>*JE Dunn Construction Company,*<br>*Harford Fire Insurance Company,*<br>*Federal Insurance Company and*<br>*Travelers Casualty and Surety Company of America* |

Dated this 2nd day of September, 2020.

By: /s/ Patricia A. Quinn
An Employee of Morris Law Group

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA, for the use and benefit of BOMBARD ELECTRIC

## DEFENDANTS
JE Dunn Construction Company, et. al.

**(b)** County of Residence of First Listed Plaintiff: **CLARK**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Donald Williams, Williams Starbuck; 612 S. 10th St, Las Vegas, NV 89101

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☒ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability |  | ☐ 840 Trademark | ☐ 460 Deportation / ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____
Brief description of cause:
_____

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Hon. Jennifer Dorsey
DOCKET NUMBER: 2:20-cv-00790-JAD-NJK

DATE: 09/02/2020
SIGNATURE OF ATTORNEY OF RECORD: /s/ Steve Morris

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____