MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:  (702) 474-9422
Email:  sm@morrislawgroup.com
Email:  rsr@morrislawgroup.com

HALLETT & PERRIN, P.C.
Michael S. Alfred *(will comply with LR-IA-11.2 within 45 days)*
1445 Ross Ave, Suite 2400
Dallas Texas 75202
Email: malfred@hallettperrin.com

*Attorneys for Defendant*
  SUSTAINABLE MODULAR MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BOMBARD ELECTRIC, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JE DUNN CONSTRUCTION COMPANY, a Missouri corporation; SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation; HARTFORD FIRE INSURANCE COMPANY, a surety; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a surety; FEDERAL INSURANCE COMPANY, a surety; PACIFIC INDEMNITY COMPANY, a surety;  DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01200-APG-VCF<br><br>**STIPULATION TO EXTEND SUSTAINABLE MODULAR MANAGEMENT, INC.'S TIME TO RESPOND TO THE SHERWIN-WILLIAMS COMPANY'S COMPLAINT IN INTERVENTION**<br><br>**(FOURTH REQUEST)**[1] |

---

[1] This the Fourth Requst to extend response deadlines, but it is the first request as to Sustainable Modular Management, Inc.'s response to The Sherwin-Williams Company's Complaint in Intervention.

This Stipulation to Extend Sustainable Modular Management, Inc.'s Time to Respond to the The Sherwin-Williams Company's Complaint in Intervention (the "Complaint in Intervention") is made by and between Intervenor The Sherwin-Williams Company ("Sherwin-Williams") and Defendant Sustainable Modular Management, Inc. ("Defendant") through its respective counsel, in light of the following facts:

## RECITALS

A.  Sherwin-Williams filed the Complaint in Intervention on or about August 7, 2020.

B.  The current deadline for Defendant to respond to the Complaint in Intervention is September 3, 2020.

C.  All defendants have been served.

D.  Multiple claims related to the same subject matter have been filed in both federal and Nevada courts. This stipulation seeks to align Defendant's response deadline for the Complaint in Intervention with response deadlines in a related case. Moreover, the additional time will allow Defendant time to gather the facts necessary to analyze and respond to Sherwin-Williams' claims, and to coordinate with counsel in the related cases regarding an efficient and coherent litigation approach.

E.  The parties have agreed that SMM shall have until September 24, 2020, to respond to the Complaint in Intervention.

F.  There is good cause to grant this stipulation because the extension seeks to conserve judicial resources by developing a coherent approach to multiple related cases.

G.  This stipulation is filed in good faith and not intended to cause delay.

H. Pursuant to Local Rule IA 6-2, Sherwin-Williams and SMM respectfully request that the Court extend the time for Defendant to respond to the Complaint in Intervention through September 24, 2020.

## STIPULATION

NOW, THEREFORE, Sherwin-Williams and SMM hereby stipulate and agree that SMM shall have up to and including September 24, 2020, to file a response to the Complaint in Intervention.

**IT IS SO STIPULATED.**

DATED this 4th day of September, 2020.

HUTCHISON & STEFFEN, PLLC

By:/s/ JOSEPH R. GANLEY
Joseph R. Ganley (5643)
Patricia Lee (8287)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jganley@hutchlegal.com
plee@hutchlegal.com

*Attorneys for The Sherwin-Williams Company*

DATED this 4th day of September, 2020.

MORRIS LAW GROUP

By: /s/ ROSA SOLIS-RAINEY
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101

HALLETT & PERRIN, P.C.
Michael S. Alfred *(will comply with LR-IA-11.2 within 45 days)*
1445 Ross Ave, Suite 2400
Dallas, Texas 75202
Email: malfred@hallettperrin.com

*Attorneys for Defendant Sustainable Modular Management, Inc.*

ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED  9-10-2020

# CERTIFICATE OF SERVICE

Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS LAW GROUP, and that the following document was served via electronic service **STIPULATION TO EXTEND SUSTAINABLE MODULAR MANAGEMENT, INC.'S TIME TO RESPOND TO THE SHERWIN-WILLIAMS COMPANY'S COMPLAINT IN INTERVENTION.**

TO:

| | |
|---|---|
| Donald H. Williams<br>Nevada Bar No. 5548<br>Williams Starbuck<br>612 South Tenth Street<br>Las Vegas, NV 89101<br>Tel: (702) 320-7755<br>Email: dwilliams@dhwlawlv.com<br><br>*Attorneys for Plaintiff*<br><br>Joseph R. Ganley (5643)<br>Patricia Lee (8287)<br>HUTCHISON & STEFFEN, PLLC<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>Tel: (702) 385-2500<br>Fax: (702) 385-2086<br>jganley@hutchlegal.com<br>plee@hutchlegal.com<br><br>*Attorneys for The Sherwin-Williams Company* | Robert Roos<br>Arizona Bar No. 009915<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>201 E. Washington Street, Suite 1200<br>Phoenix, AZ 85004<br>Tel: (602) 262-5311<br>Email: rroos@lrrc.com<br><br>Erik J. Foley<br>Nevada State Bar No. 14195<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Pkwy, Ste. 600<br>Las Vegas, Nevada 89169-5996<br>Tel: (702) 949-8200<br>Email: efoley@lrrc.com<br><br>*Attorneys for Defendants,*<br>*JE Dunn Construction Company,*<br>*Harford Fire Insurance Company,*<br>*Federal Insurance Company and*<br>*Travelers Casualty and Surety Company of America* |

Dated this 4th day of September, 2020.

By: /s/ PATRICIA QUINN
An Employee of Morris Law Group